NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1664


AMY THIBODEAUX

VERSUS

SATTLER'S SUPPLY COMPANY, INC.


**********


APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 00-C-2565-A
HONORABLE AARON FRANK MCGEE, DISTRICT JUDGE


**********


GLENN B. GREMILLION
JUDGE


**********


Court composed of Sylvia R. Cooks, Marc T. Amy, and Glenn B. Gremillion, Judges.

THE DECREE.

Thomas Keith Regan
Privat & Regan
P. O. Box 688
Crowley, LA 70527-0688
(337) 783-7141
Counsel for Plaintiff Appellant:
Amy Thibodeaux

Daniel Phillip Fontenot
Fontenot Law Office
P. O. Box 1286
Eunice, LA 70535
(337) 457-1323

**Counsel for Defendant Appellee:**
**Sattler's Supply Company, Inc.**